*The Honorable Tiffany M. Cartwright*

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JACOB MULLINS,<br><br>            Plaintiff,<br><br>    v.<br><br>AGGRESSIVE TRANSPORT LTD. USA a California Corporation doing business in Washington,<br><br>            Defendant. | Case No. 3:22-cv-05976-TMC<br><br>**ORDER GRANTING STIPULATED MOTION REGARDING LIABILITY** |

THIS MATTER having come before the above-captioned Court on the parties' Stipulated Motion, by and through their respective Attorneys of Record, **IT IS SO ORDERED, ADJUDGED AND DECREED** that the stipulated motion is GRANTED and further orders: that this action will proceed solely on the issue of the nature and extent of the Plaintiff's damages arising out of the motor vehicle collision; no issues of fault or liability will be submitted to the trier of fact in this matter.

DATED this 14th day of December, 2023.

---

Order Granting
Stipulated Motion Regarding Liability - 1
Case No. 3:22-cv-05976-TMC

7831264.1

Althauser Rayan Abbarno, LLP
114 West Magnolia Street
Centralia, WA 98531
Phone: (360) 736-1301
Fax: (360) 736-4802

Coluccio Law
2120 First Ave. N, Suite 201
Seattle, WA 98109
Phone: (206) 826-8200
Fax: (206) 673-8286

*[signature]*

Tiffany M. Cartwright
United States District Court Judge

Presented by:

COLUCCIO LAW

By: /s/ Kevin Coluccio
Kevin Coluccio, WSBA # 16245
Email: kc@coluccio-law.com
Coluccio Law
2120 1st Avenue N, Suite 201
Seattle, WA 98121
Tel: (206) 826-8200
Co-counsel for Plaintiff


ALTHAUSER RAYAN ABBARNO, LLP

By: /s/ Peter J. Abbarno
Peter J. Abbarno, WSBA # 40749
Email: peter@centralialaw.com
Althauser Rayan Abbarno, LLP
114 West Magnolia Street
Centralia, WA  98531
Tel: (360) 736-1301
Co-counsel for Plaintiff


WILLIAMS, KASTNER & GIBBS PLLC

By: /s/ Rodney L. Umberger
Rodney L. Umberger, WSBA #24948
Email: rumberger@williamskastner.com
601 Union Street, Suite 4100
Seattle, WA 98101-2380
Phone: 206.628.6600
Fax: 206.628.6611
Counsel for Defendant

Order Granting
Stipulated Motion Regarding Liability - 2
Case No. 3:22-cv-05976-TMC

7831264.1

| Althauser Rayan Abbarno, LLP | Coluccio Law |
|---|---|
| 114 West Magnolia Street | 2120 First Ave. N, Suite 201 |
| Centralia, WA  98531 | Seattle, WA 98109 |
| Phone: (360) 736-1301 | Phone: (206) 826-8200 |
| Fax: (360) 736-4802 | Fax: (206) 673-8286 |