1
2
3
4
5
6

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JACOB MULLINS,<br><br>        Plaintiff,<br>  v.<br><br>ROGELIO BOJORQUEZ, an individual and AGGRESSIVE TRANSPORT LTD., USA, a California corporation,<br><br>        Defendants. | NO. 3:22-cv-05976-TMC<br><br>STIPULATED MOTION AND ORDER OF DISMISSAL WITH PREJUDICE AND WITHOUT COSTS<br><br>**NOTED ON MOTION CALENDAR:<br>FEBRUARY 14, 2024** |

## I. **STIPULATED MOTION**

The parties, by and through their respective counsel of record, hereby stipulate and agree that all claims against all parties may be dismissed in their entirety with prejudice and without costs and/or attorney fees as to any party.

///
///
///
///

STIPULATED MOTION AND ORDER OF DISMISSAL WITH
PREJUDICE AND WITHOUT COSTS - 1

**Williams, Kastner & Gibbs PLLC**
601 Union Street, Suite 4100
Seattle, Washington 98101-2380
(206) 628-6600

1  DATED this 14th day of February, 2024.   DATED this 14th day of February, 2024.

3  By *s/Brendan Vandor*                         By *s/Kevin Coluccio*
   By *s/Rodney Umberger*

4  Rodney L. Umberger, WSBA #24948    Kevin Coluccio, WSBA #16245
   Brendan Vandor, WSBA #49929          COLUCCIO LAW
5  WILLIAMS, KASTNER & GIBBS PLLC    2120 1st Avenue N,, Suite 201
   601 Union Street, Suite 4100              Seattle, WA 98121
6  Seattle, WA 98101-2380                     Tel: (206) 826-8200
7  Tel:    (206) 628-6600                         Email: kc@coluccio-law.com
   Email:  rumberger@williamskastner.com   wanda@coluccio-law.com
8          bvandor@williamskastner.com

9  **Counsel for Defendants Rogelio Bojorquez**   **Counsel for Plaintiff**
   **and Aggressive Transport Ltd., USA**

10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

STIPULATED MOTION AND ORDER OF DISMISSAL WITH
PREJUDICE AND WITHOUT COSTS - 2

Williams, Kastner & Gibbs PLLC
601 Union Street, Suite 4100
Seattle, Washington 98101-2380
(206) 628-6600

**ORDER OF DISMISSAL**

THIS MATTER having come before the Court by way of stipulated motion to dismiss all claims against all parties with prejudice and without costs and/or attorney fees as to any party, and the Court being fully advised in the premises, now, and therefore it is hereby ORDERED as follows:

All claims against all parties in this litigation are hereby dismissed with prejudice and without costs and/or attorney fees as to any party.

IT IS SO ORDERED BY THE COURT.

DATED this 15th day of February, 2024.

Tiffany M. Cartwright
United States District Judge

PRESENTED BY:

WILLIAMS KASTNER & GIBBS PLLC

By *s/Brendan Vandor*
By *s/Rodney Umberger*
  Rodney L. Umberger, Jr., WSBA #24948
  Brendan T. Vandor, WSBA #49929

***Counsel for Defendants Rogelio Bojorquez and Aggressive Transport Ltd., USA***

APPROVED AS TO FORM AND CONTENT BY:

COLUCCIO LAW

By *s/Kevin Coluccio*
  Kevin Coluccio, WSBA #16245

***Counsel for Plaintiff***

STIPULATED MOTION AND ORDER OF DISMISSAL WITH PREJUDICE AND WITHOUT COSTS - 3

Williams, Kastner & Gibbs PLLC
601 Union Street, Suite 4100
Seattle, Washington 98101-2380
(206) 628-6600

# CERTIFICATE OF SERVICE

The undersigned certifies under penalty of perjury under the laws of the State of Washington that on the below date I caused to be served upon certain counsel of record at the address and in the manner indicated below a copy of the foregoing:

| Kevin Coluccio, WSBA # 16245<br>Coluccio Law 2120 1st Avenue N, Suite 201<br>Seattle, WA 98121 Tel: (206) 826-8200<br>Email: kc@coluccio-law.com<br><br>***Counsel for Plaintiff*** | ☐ Via Legal Messenger<br>☐ Via Facsimile<br>☐ Via United States Mail<br>☑ Via Email<br>☑ Via ECF Notification |
|---|---|

Signed at Seattle, Washington this 14th day of February, 2024.

By *s/Jaimisha Steward*
Jaimisha Steward, Legal Assistant